**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| CHUCKY LOWE, SR. and<br>CHUCKY LOWE, JR.,<br><br>    PLAINTIFFS,<br><br>V.<br><br>SAM HENSON, SPD; DAVID JOYNER,<br>Drug Task Force; and KEVIN BUSH, SPD,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)    No. 3:05-cv-275<br>)    PHILLIPS<br>)<br>)<br>)<br>) |

**JUDGMENT ON DECISION BY THE COURT**

This case came before the Court on motions for summary judgment filed by defendants, Sam Hinson, SPD; David Joyner, Drug Task Force; and Kevin Bush, SPD. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs, Chucky Lowe, Jr. and Chucky Lowe, Sr., take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits as the plaintiffs' federal claims; **DISMISSED WITHOUT PREJUDICE** to refiling in the appropriate state court as to plaintiffs' state law claims; and that the defendants recover of the plaintiffs their costs of this action.

The final pretrial conference scheduled for September 5, 2007 at 2:00 p.m. and the trial on September 10, 2007, are hereby **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of _____, 2007.

                                                                       s/ Patricia L. McNutt
                                                                         Clerk of Court